UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **AILEEN CULPEPPER, individually and on behalf of all other similarly situated individuals,** | : : : : | **CIVIL ACTION NO.:** |
| **Plaintiff** | : : | |
| V. | : : : | **3:17-cv-00264-VAB** |
| **BANK OF AMERICA, NATIONAL ASSOCIATION** | : : : | |
| **Defendant** | : : : | **OCTOBER 11, 2019** |

**PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF**
<u>**COLLECTIVE ACTION SETTLEMENT**</u>

Plaintiff, by and through her undersigned counsel, respectfully moves this Court for an Order granting Plaintiff's Unopposed Motion for Approval of Collective Action Settlement, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), for the reasons described in the Affidavit of Thomas J. Durkin, Esq. and the exhibit(s) attached thereto, and the Memorandum of Law filed concurrently with this motion.

                                                                Plaintiff, Aileen Culpepper, individually and
                                                                on behalf of all similarly situated individuals

By:   /s/ *Thomas J. Durkin*
           Thomas J. Durkin, Esq.
           The Hayber Law Firm, LLC
           750 Main St., Suite 904
           Hartford, CT 06103
           Fed No.: ct30371
           (860) 522-8888 (telephone)
           (860) 218-9555 (facsimile)
           tdurkin@hayberlawfirm.com
           Attorney for the Plaintiff

## CERTIFICATION OF SERVICE

      I certify that on **October 11, 2019,** the foregoing **Plaintiff's Unopposed Motion for Approval of Collective Action Settlement** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing.  Parties may access this filing through the Court's CM/ECF system.

                                                                */s/ Thomas J. Durkin*
                                                                Thomas J. Durkin