# HAYBER, McKENNA & DINSMORE, LLC

## EMPLOYEE RIGHTS ADVOCATES

750 Main Street, Suite 904  
Hartford, CT 06103  
Telephone: (860) 522-8888  
Facsimile: (860) 218-9555

Thomas J. Durkin, Esq.  
Email: tdurkin@hayberlawfirm.com  
Direct Tel: (860) 522-8888  
www.hayberlawfirm.com

December 13, 2019

**Via ECF**  
Hon. Victor A. Bolden, U.S.D.J  
Brief McMahon Federal Building  
United States Courthouse  
915 Lafayette Blvd., Suite 417  
Bridgeport, CT 06604

    **Re:** ***Culpepper v. Bank of America***  
           **Case No. 3:17-cv-00264 - VAB**

Dear Judge Bolden,

    We represent plaintiff Aileen Culpepper in the above-referenced case. We are writing on behalf of Ms. Culpepper and Bank of America, N.A. ("BANA") regarding the status of resolving the "general release" and "attorneys' fees" issues raised by the Court during the December 6, 2019 teleconference.

    Ms. Culpepper and BANA have agreed to strike the general release from the settlement agreement (paragraph 1.5(b)). Attached is a fully executed Memorandum of Agreement setting forth the terms of the agreement to strike the "general release" from the settlement agreement. Accordingly, Ms. Culpepper and BANA respectfully request that the Court approve the settlement agreement with paragraph 1.5.b stricken.

    In addition, attached please find a more detailed fee application, describing the work performed by our office during this case. If this information meets with the Court's approval, we respectfully request that the Court approve our office's fee application.

Respectfully submitted,

Thomas J. Durkin

Enclosures  
Cc: counsel of record (via ECF)